

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C.** and Mediation Centers of America, L.L.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:       Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice (not participating)
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

The panel has considered the appellees' "Motion for Rehearing En Banc," and the motion is hereby **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.



MICHAEL A. CRUZ, Clerk of Court